IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RICKEY HOLIFIELD                                                              PETITIONER

vs.                                               CIVIL ACTION No.: 3:20-CV-756-HTW-BWR

WARDEN CORNELIUS TURNER                                                    RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Bradley W. Rath **[Docket no. 19]**. In his Report and Recommendation, filed on April 13, 2023, Magistrate Judge Rath recommended that Petitioner Rickey Holifield's petition, filed under 28 U.S.C. §2254, be dismissed with prejudice.  Magistrate Judge Rath directed the parties to file any objections to his recommendation within fourteen (14) days. To date, no objection has been filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 19]**, this court finds it well-taken. Magistrate Judge Rath carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT the Petitioner Rickey Holifield's Petition for Writ of Habeas Corpus [Docket no. 1] hereby is **DISMISSED** with prejudice.

**SO ORDERED this the 9th day of February, 2024.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**